FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 18 2014

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
UNISE KEY,

       Plaintiff,

  -against-

NEW YORK CITY TRANSIT AUTHORITY,

       Defendant.
------------------------------------------------------------ x

MEMORANDUM & ORDER

14-cv-3515 (ENV) (LB)

VITALIANO, D.J.,

On June 2, 2014, plaintiff Unise Key, *pro se*, initiated this action against the New York City Transit Authority. By Memorandum and Order dated July 2, 2014, the Court granted plaintiff's application to proceed *in forma pauperis* and dismissed her complaint, *sua sponte*, with leave to file an amended complaint within 30 days. Since no amended complaint has been filed, much less in a timely fashion, the claims are dismissed.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of any appeal. *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to enter judgment for defendant and to close this case.

    SO ORDERED.

Dated:  Brooklyn, New York
     August 15, 2014

           s/Eric N. Vitaliano

           _____
           ERIC N. VITALIANO
           United States District Judge

1